IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| B&Z AUTO ENTERPRISES, LLC d/b/a Riverdale Chrysler Jeep d/b/a Eastchester Chrysler Jeep Dodge d/b/a New York Cars Direct d/b/a New York Autos Direct, and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>AUTOTRADER.COM, INC.,<br><br>     Defendant. | Civil Action File<br>No. 1:16-cv-02313-MHC |

# DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant AutoTrader.com, Inc. ("Autotrader") hereby states as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

  **Plaintiff**: B&Z Auto Enterprises, LLC d/b/a Riverdale Chrysler Jeep d/b/a Eastchester Chrysler Jeep Dodge d/b/a New York Cars Direct

d/b/a New York Autos Direct.  Autotrader refers to Plaintiff for any other appropriate disclosures as to that party.

**Defendant**:  AutoTrader.com, Inc.  Autotrader is a majority-owned subsidiary of AutoTrader Group, Inc., a privately held corporation.  No publicly held corporation owns 10% or more of Autotrader's stock.

(2)　The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None, to Autotrader's knowledge.  Autotrader refers to Plaintiff for any appropriate disclosures as to that party.

(3)　The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiff**:

Zahra S. Karinshak
Jonathan E. Hawkins
KREVOLIN & HORST, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309

Kristi Shanke McGregor
Andrei Rado
Jennifer Cziesler
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

Leonard A. Bellavia
Steven H. Blatt
BELLAVIA BLATT & CROSSETT, PC
200 Old Country Road, Suite 400
Mineola, NY 11501

**Defendant**:

Jason S. McCarter
Tracey K. Ledbetter
SUTHERLAND ASBILL & BRENNAN LLC
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309

Robert A. Atkins
Jonathan H. Hurwitz
Matthew A. Feldman
Jordana Haviv
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

This 4th day of August, 2016.

                                        *s/ Tracey K. Ledbetter*
                                        Jason S. McCarter (Ga. Bar No. 482189)
                                        Tracey K. Ledbetter (Ga. Bar No. 747224)
                                        SUTHERLAND ASBILL & BRENNAN LLC
                                        999 Peachtree Street NE, Suite 2300
                                        Atlanta, GA 30309
                                        Telephone: (404) 853-8000
                                        Facsimile: (404) 853-8806
                                        jason.mccarter@sutherland.com
                                        tracey.ledbetter@sutherland.com

Robert A. Atkins (*pro hac vice*)
Jonathan H. Hurwitz (*pro hac vice*)
Matthew A. Feldman (*pro hac vice*)
Jordana Haviv (*pro hac vice* pending)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ratkins@paulweiss.com
jhurwitz@paulweiss.com
mfeldman@paulweiss.com
jhaviv@paulweiss.com

*Attorneys for Defendant Autotrader.com, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above document has been served upon the following counsel of record via the Court's CM/ECF system, this 4th day of August, 2016:

Zahra S. Karinshak
Jonathan E. Hawkins
KREVOLIN & HORST, LLC
One Atlantic Center, Suite 3250
1201 West Peachtree Street, NW
Atlanta, GA 30309
karinshak@khlawfirm.com
hawkins@khlawfirm.com

Kristi Shanke McGregor
Andrei Rado
Jennifer Cziesler
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
kmcgregor@milberg.com
arado@milberg.com
jczeisler@milberg.com

Leonard A. Bellavia
Steven H. Blatt
BELLAVIA BLATT & CROSSETT, PC
200 Old Country Road, Suite 400
Mineola, NY 11501
lbellavia@dealerlaw.com
sblatt@dealerlaw.com

                      *s/ Tracey K. Ledbetter*
                      Tracey K. Ledbetter
                      *Attorney for Defendant*